EXHIBIT A

{M1337275.1 }



VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

BNY MELLON TRUST OF DELAWARE
NEWARK, DELAWARE

FIDELITY
BROKERAGE SERVICES LLC

No. 205085551
62-35/311

March 15, 2018

PAY *One Hundred Fifty Thousand Two Hundred Ninety Six Dollars and 44 Cents* **$150,296.44

Not valid after 90 days

TO THE ORDER OF
NANCY J BURBRIDGE
22 CEDARWOOD DR
BALLSTON LAKE NY 12019-1034

National Financial Services LLC

Authorized Signature(s)

⑈205085551⑈ ⑆031100351⑆ ⑈0300974201⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENTS.

| Check # | Check amount | Account # | Routing # |
|---|---|---|---|
| 205085551 | $150,296.44 | 300974201 | 031100351 |

JPMorgan Chase Bank, N.A. Member FDIC ©2018 JPMorgan Chase & Co. Equal Opportunity Lender

Printed from Chase Personal Online

## Deposit Overview

| Post date | Total deposit amount | # of checks deposited |
|---|---|---|
| Mar 29, 2018 | $150,000.00 | 1 |

## Deposit Slip

DEPOSIT TICKET

MATTHEW J. BURBRIDGE   12-15
310 W 52ND ST., APT. 15A
NEW YORK, NY 10019-6293

DATE 3/29/18
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED)

CHASE
JPMorgan Chase Bank, N.A.
Houston, Texas 77055

:580 20 10 28:    79 206 1769

CASH ▶  150,000.00
TOTAL FROM OTHER SIDE ▶
SUB TOTAL ▶
LESS CASH RECEIVED ▶
$ 150,000.00

Check

CHASE

Printed from Chase Personal Online

## Deposit Overview

| Post date | Total deposit amount | # of checks deposited |
|---|---|---|
| Mar 26, 2018 | $150,296.44 | 1 |

## Deposit Slip

```
MATTHEW J. BURBRIDGE   12-15                              CASH ►
310 W 52ND ST., APT. 15A                                         ► 150296.44
NEW YORK, NY 10019-6293

DATE  3/24/18                                 TOTAL FROM
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL   OTHER SIDE ►

            SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ★    SUB TOTAL ►

CHASE                                          LESS CASH
JPMorgan Chase Bank, N.A.                      RECEIVED ►
Houston, Texas 77055
                                                    $   150296.44

⑆580 20 10 28⑆        79 2061769 ⑈
```

## Check



VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

BNY MELLON TRUST OF DELAWARE
NEWARK, DELAWARE

FIDELITY
BROKERAGE SERVICES LLC

No. 205085553
62-35/311

March 16, 2018

PAY *One Hundred Fifty Thousand Dollars and 00 Cents*

**$150,000.00

Not valid after 90 days

TO THE ORDER OF
NANCY J BURBRIDGE
22 CEDARWOOD DR
BALLSTON LAKE NY 12019-1034

National Financial Services LLC

Authorized Signature(s)

⑈205085553⑈ ⑆031100351⑆ ⑈0300974201⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENTS.

| Check # | Check amount | Account # | Routing # |
|---|---|---|---|
| 205085553 | $150,000.00 | 300974201 | 031100351 |

 ©2018 JPMorgan Chase & Co.

**CHASE**

Printed from Chase Personal Online

## Deposit Overview

| Post date | Total deposit amount | # of checks deposited |
|---|---|---|
| Mar 30, 2018 | $150,000.00 | 1 |

## Deposit Slip

DEPOSIT TICKET

MATTHEW J. BURBRIDGE  12-15
310 W 52ND ST., APT. 15A
NEW YORK, NY 10019-6293

DATE 3/30/18
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED)

**CHASE**
JPMorgan Chase Bank, N.A.
Houston, Texas 77055

⑈580 20 10 28⑈   79 2061769⑈

CASH  150 000.00
TOTAL FROM OTHER SIDE
SUB TOTAL
LESS CASH RECEIVED
$ 150000.00

## Check



VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

BNY MELLON TRUST OF DELAWARE
NEWARK, DELAWARE

**FIDELITY**
BROKERAGE SERVICES LLC

No. 205085552
62-35/311

March 15, 2018

PAY *One Hundred Fifty Thousand Dollars and 00 Cents* **$150,000.00

Not valid after 90 days

TO THE ORDER OF
NANCY J BURBRIDGE
22 CEDARWOOD DR
BALLSTON LAKE NY 12019-1034

National Financial Services LLC

Authorized Signature(s)

⑈205085552⑈ ⑆031100351⑆ ⑈0300974201⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENTS.

| Check # | Check amount | Account # | Routing # |
|---|---|---|---|
| 205085552 | $150,000.00 | 300974201 | 031100351 |

JPMorgan Chase Bank, N.A. Member FDIC ©2018 JPMorgan Chase & Co. Equal Opportunity Lender

Printed from Chase Personal Online

## Deposit Overview

| Post date | Total deposit amount | # of checks deposited |
|---|---|---|
| Apr 2, 2018 | $150,000.00 | 1 |

## Deposit Slip

DEPOSIT TICKET

MATTHEW J. BURBRIDGE  12-15
310 W 52ND ST., APT. 15A
NEW YORK, NY  10019-6293

DATE 3/31/18
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED)

CHASE
JPMorgan Chase Bank, N.A.
Houston, Texas 77055

:580201028:   7920617691

CASH  ▶ 150 00.00
TOTAL FROM OTHER SIDE ▶
SUB TOTAL ▶
LESS CASH RECEIVED ▶
$  150000.00

## Check



VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

BNY MELLON TRUST OF DELAWARE
NEWARK, DELAWARE

**FIDELITY**
BROKERAGE SERVICES LLC

No. 205085554
62-35/311

March 15, 2018

PAY *One Hundred Fifty Thousand Dollars and 00 Cents*

**$150,000.00

Not valid after 90 days

TO THE ORDER OF

NANCY J BURBRIDGE
22 CEDARWOOD DR
BALLSTON LAKE NY 12019-1034

National Financial Services LLC

Authorized Signature(s)

⑈205085554⑈ ⑆031100351⑆ ⑈0300974201⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENTS.

| Check # | Check amount | Account # | Routing # |
|---|---|---|---|
| 205085554 | $150,000.00 | 300974201 | 031100351 |

JPMorgan Chase Bank, N.A. Member FDIC ©2018 JPMorgan Chase & Co. Equal Opportunity Lender