EXHIBIT C

{M1337275.1}



March 17, 2018 through April 17, 2018
Account Number: 000000792061769

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 108 ^ | 04/05 | $4,000.00 |
| 109 ^ | 04/06 | 7,000.00 |
| 110 ^ | 04/09 | 3,500.00 |
| 111 ^ | 04/16 | 2,000.00 |
| 133 * ^ | 04/10 | 5,300.00 |
| Total Checks Paid | | $21,800.00 |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | |
| 03/26 | Deposit | 150,296.44 | 148,286.90 |
| 03/27 | 03/27 Online Transfer To Ppx ...6220 Transaction#: 7013029979 | -111.11 | 148,175.79 |
| 03/27 | 03/27 Payment To Chase Card Ending IN 9111 | -300.00 | 147,875.79 |
| 03/27 | Non-Chase ATM Withdraw  03/27 Nrcjcn03Right of Card 1005 | -985.99 | 146,889.80 |
| 03/27 | American Express ACH Pmt   M9536   Web ID: 2005032111 | -5,000.00 | 141,889.80 |
| 03/27 | Citi Card Online Retry Pymt 112594421923851 Web ID: Citictp | -2,350.00 | 139,539.80 |
| 03/27 | Non-Chase ATM Fee-With | -2.50 | 139,537.30 |
| 03/29 | Deposit | 150,000.00 | 289,537.30 |
| 03/29 | Online Transfer From Ppx ...6220 Transaction#: 7017264252 | 1,000.00 | 290,537.30 |
| 03/29 | ATM Withdrawal   03/29 51 W 51St St New York NY Card 1005 | -3,000.00 | 287,537.30 |
| 03/29 | American Express ACH Pmt   M4502   Web ID: 2005032111 | -6,500.00 | 281,037.30 |
| 03/30 | Deposit | 150,000.00 | 431,037.30 |
| 03/30 | Online Transfer From Ppx ...6220 Transaction#: 7021952341 | 6,000.00 | 437,037.30 |
| | | | 436,942.30 |
| 03/30 | 03/30 Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Lennar Corporation - Florida Regionref: Matthew J Burbridge - Imad: 0330B1Qgc06C005132 Trn: 4914600089Es | -269,000.00 | 167,942.30 |
| 03/30 | ATM Withdrawal   03/30 51 W 51St St New York NY Card 1005 | -3,000.00 | 164,942.30 |
| 03/30 | American Express ACH Pmt   M5882   Web ID: 2005032111 | -8,500.00 | 156,442.30 |
| | | | 54,942.30 |
| 03/30 | 1St Bankcard Ctr Online Pmt 3C0Bf3519A5883 Web ID: 8104000010 | -1,400.00 | 153,542.30 |
| 03/30 | Domestic Wire Fee | -35.00 | 153,507.30 |
| 04/02 | Deposit | 150,000.00 | 303,507.30 |
| 04/02 | Online Transfer From Ppx ...6220 Transaction#: 7028773283 | 1,000.00 | 304,507.30 |
| 04/02 | 04/01 Payment To Chase Card Ending IN 9111 | -110.00 | 304,397.30 |
| 04/02 | ATM Withdrawal   04/01 810 7th Ave New York NY Card 1005 | -500.00 | 303,897.30 |
| | | | 302,242.30 |
| 04/02 | 04/02 Payment To Chase Card Ending IN 9111 | -150.00 | 302,092.30 |
| 04/02 | Citi Card Online Payment   132604903529587 Web ID: Citictp | -200.00 | 301,892.30 |
| | | | 304,634.42 |
| 04/04 | 04/04 Payment To Chase Card Ending IN 9111 | -200.00 | 304,434.42 |
| | | | 301,434.42 |



March 17, 2018 through April 17, 2018
Account Number: 000000792061769



## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| 04/04 | 04/04 Withdrawal | -6,500.00 | 294,934.42 |
| 04/04 | 04/04 Online Transfer To Ppx ...6220 Transaction#: 7037789614 | -5,000.00 | 289,934.42 |
| 04/04 | Capital One    Mobile Pmt 809239809685708 Web ID: 9279744980 | -525.00 | 289,409.42 |
| 04/04 | 1St Bankcard Ctr Online Pmt 3C0Bf3519A5883 Web ID: 8104000010 | -135.00 | 289,274.42 |
|  |  |  | 290,351.98 |
|  |  |  | 290,342.78 |
|  |  |  | 290,333.28 |
| 04/05 | ATM Withdrawal    04/05 51 W 51St St New York NY Card 1005 | -3,000.00 | 287,333.28 |
| 04/05 | Check    # 108 | -4,000.00 | 283,333.28 |
|  |  |  | 283,324.08 |
| 04/06 | 04/06 Check    # 109 | -7,000.00 | 276,324.08 |
| 04/06 | 1St Bankcard Ctr Online Pmt 3C0Bf3519A5883 Web ID: 8104000010 | -100.00 | 276,224.08 |
| 04/06 | Irs    Usataxpymt 222849603623429 Web ID: 3387702000 | -5,440.64 | 270,783.44 |
|  |  |  | 270,123.44 |
|  |  |  | 270,111.59 |
|  |  |  | 270,100.23 |
| 04/09 | ATM Withdrawal    04/07 988 8th Ave New York NY Card 1005 | -1,000.00 | 269,100.23 |
| 04/09 | 04/07 Online Transfer To Ppx ...6220 Transaction#: 7047777488 | -8,000.00 | 261,100.23 |
| 04/09 | ATM Withdrawal    04/08 839 9th Ave New York NY Card 1005 | -1,000.00 | 260,100.23 |
|  |  |  | 260,027.29 |
|  |  |  | 260,024.86 |
|  |  |  | 259,871.44 |
| 04/09 | 04/09 Withdrawal | -5,000.00 | 254,871.44 |
| 04/09 | ATM Withdrawal    04/09 51 W 51St St New York NY Card 1005 | -2,500.00 | 252,371.44 |
|  |  |  | 251,771.44 |
|  |  |  | 251,621.44 |
| 04/09 | Check    # 110 | -3,500.00 | 248,121.44 |
| 04/10 | ATM Withdrawal    04/10 51 W 51St St New York NY Card 1005 | -3,000.00 | 245,121.44 |
|  |  |  | 244,316.45 |
|  |  |  | 242,254.50 |
| 04/10 | Check    # 133 | -5,300.00 | 236,954.50 |
| 04/10 | Non-Chase ATM Fee-With | -2.50 | 236,952.00 |
|  |  |  | 240,917.34 |
| 04/11 | 04/11 Withdrawal | -5,000.00 | 235,917.34 |
| 04/11 | 04/11 Payment To Chase Card Ending IN 9111 | -500.00 | 235,417.34 |
| 04/11 | 1St Bankcard Ctr Online Pmt 3C0Bf3519A5883 Web ID: 8104000010 | -233.74 | 235,183.60 |
| 04/11 | Capital One    Mobile Pmt 809939809429668 Web ID: 9279744980 | -168.23 | 235,015.37 |
| 04/11 | American Express ACH Pmt    M6234    Web ID: 2005032111 | -6,000.00 | 229,015.37 |
|  |  |  | 228,490.27 |
| 04/12 | Citi Card Online Payment    132615570938053 Web ID: Citictp | -200.00 | 228,290.27 |
|  |  |  | 228,296.90 |
| 04/13 | 04/13 Withdrawal | -6,500.00 | 221,796.90 |
| 04/13 | ATM Withdrawal    04/13 51 W 51St St New York NY Card 1005 | -3,000.00 | 218,796.90 |
|  |  |  | 217,846.90 |
|  |  |  | 217,596.90 |
|  |  |  | 216,596.90 |
|  |  |  | 216,096.90 |



March 17, 2018 through April 17, 2018
Account Number: 000000792061769

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---:|---:|
| 04/16 | ATM Withdrawal | 04/15 810 7th Ave New York NY Card 1005 | -1,000.00 | 215,096.90 |
| | | | | 214,696.90 |
| | | | | 212,696.90 |
| | | | | 205,846.90 |
| 04/16 | ATM Withdrawal | 04/16 988 8th Ave New York NY Card 1005 | -3,000.00 | 202,846.90 |
| | | | | 201,696.90 |
| | | | | 200,891.22 |
| | | | | 200,471.64 |
| | | | | 200,391.64 |
| | | | | 195,391.64 |
| 04/16 | American Express ACH Pmt | M5964    Web ID: 2005032111 | -5,000.00 | 190,391.64 |
| 04/16 | American Express ACH Pmt | M5612    Web ID: 2005032111 | -4,500.00 | 185,891.64 |
| | | | | 181,391.64 |
| | | | | 179,391.64 |
| | | | | 183,291.64 |
| | | | | 183,941.82 |
| | | | | 181,941.82 |
| 04/17 | 04/17 Domestic Wire Transfer Via: RBS Citizens, N.A./021313103 A/C: Nancy Burbridge Imad: 0417B1Qgc03C012231 Trn: 4341100107Es | | -170,000.00 | 11,941.82 |
| 04/17 | ATM Withdrawal Card 1005 | 04/17 1120 Avenue of The Americ New York NY | -3,000.00 | 8,941.82 |
| | | | | 8,641.82 |
| | | | | 8,461.82 |
| | | | | 5,561.82 |
| 04/17 | Domestic Wire Fee | | -35.00 | 5,526.82 |
| | **Ending Balance** | | | **$5,526.82** |

A monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (Your total direct deposits this period were $8,435.20. Note: some deposits may be listed on your previous statement)

- **OR, keep a minimum daily balance in this checking account of $1,500.00 or more**
  (Your minimum daily balance was -$2,009.54)

- **OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more**
  (Your average daily balance of qualifying linked deposits and investments was $158,705.14)

TOTAL CHECKING - chase.com



Printed from Chase Personal Online

## TOTAL CHECKING (...1769) >

| | | | |
|---|---|---|---|
| Available balance | Present balance | Overdraft protection | Debit card coverage |
| $781.52 | $781.52 | Off | On |

**SHOWING** All transactions

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Pending | ███ | ███ | ███ | -- |
| | ███ | ███ | ███ | -- |
| | ONLINE TRANSFER TO PPX ...6220 TRANSACTION#: 7141808027 05/14 Account transfer | Account transfer | -$600.00 | -- |
| Pending | ███ | ███ | ███ | -- |
| ███ | ███ | ███ | ███ | $5,736.52 |
| ███ | ███ | ███ | ███ | $5,806.52 |
| May 9, 2018 | ATM WITHDRAWAL 003307 05/08 810 7TH A ATM transaction (...1005) | ATM transaction | -$100.00 | $4,551.30 |
| | FEMA FLOOD INSURANCE 866-511-0793 FL 05/08 Debit card transaction (...1005) | Debit card transaction | -$450.00 | $4,651.30 |
| ███ | ███ | ███ | ███ | $5,101.30 |
| ███ | ███ | ███ | ███ | $5,119.06 |
| ███ | ███ | ███ | ███ | $3,019.33 |

Case 15-10839-1-rel   Doc 219-3   Filed 05/15/18   Entered 05/15/18 10:36:12   Desc
Exhibit Exhibit C - Account Statement   Page 6 of 8

TOTAL CHECKING - chase.com                                                           Page 2 of 4

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| | | | | $2,979.33 |
| May 7, 2018 | | | | $179.33 |
| | Online Transfer to PPX ...6220 transaction#: 7124101542 05/07 Account transfer | Account transfer | -$800.00 | $684.33 |
| | Online Transfer to PPX ...6220 transaction#: 7123523426 05/07 Account transfer | Account transfer | -$800.00 | $1,484.33 |
| | | | | $2,284.33 |
| | | | | $2,489.33 |
| | PRET A MANGER 076 NEW YORK NY 05/04 Debit card transaction (...1005) | Debit card transaction | -$7.60 | $2,994.33 |
| | | | | $3,001.93 |
| May 4, 2018 | Online Transfer to PPX ...6220 transaction#: 7119351524 05/04 Account transfer | Account transfer | -$1,800.00 | $2,001.93 |
| | | | | $3,801.93 |
| | | | | $3,816.05 |
| Apr 30, 2018 | ONLINE DOMESTIC WIRE FEE Fee | Fee | -$25.00 | $16.05 |
| | ONLINE DOMESTIC WIRE TRANSFER VIA: TRUSTCO BANK/021300912 A/C: MCNAMEE, LOCHNER, TITUS&WILLIAMSP.C ALBANY NY 12207 US IMAD: 0430B1QGC05C013801 TRN: 4558900120ES 04/30 Outgoing wire transfer | Outgoing wire transfer | -$10,000.00 | $41.05 |
| | Payment to Chase card ending in 9111 04/30 Account transfer | Account transfer | -$650.00 | $10,041.05 |
| | Online Transfer to PPX ...6220 transaction#: 7104201320 04/30 Account transfer | Account transfer | -$300.00 | $10,691.05 |
| | | | | $10,991.05 |

Case 15-10839-1-rel   Doc 219-3   Filed 05/15/18   Entered 05/15/18 10:36:12   Desc
Exhibit Exhibit C - Account Statement   Page 7 of 8

TOTAL CHECKING - chase.com                                                    Page 3 of 4

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| | | | | $11,000.39 |
| | | | | $12,500.39 |
| | Payment to Chase card ending in 9111 04/30 Account transfer | Account transfer | −$565.00 | $12,511.18 |
| | | | | $13,076.18 |
| | | | | $12,976.18 |
| Apr 30, 2018 | | | | $10,976.18 |
| | ATM CASH DEPOSIT 04/29 988 8TH AVE NEW YORK NY ATM transaction | ATM transaction | $5.00 | $8,976.18 |
| | | | | $8,971.18 |
| | | | | $6,421.43 |
| Apr 24, 2018 | CITI CARD ONLINE PAYMENT 132625284122928 WEB ID: CITICTP ACH debit | ACH debit | −$54.51 | $1,921.43 |
| | CAPITAL ONE ONLINE PMT 811139919101569 WEB ID: 9279744991 ACH debit | ACH debit | −$64.73 | $1,975.94 |
| | HUDSON ST1367 JAMAICA NY 254348 04/24 Debit card transaction (...1005) | Debit card transaction | −$2.69 | $2,040.67 |
| Apr 23, 2018 | ATM WITHDRAWAL 005659 04/23810 ATM transaction (...1005) | ATM transaction | −$150.00 | $2,043.36 |
| | | | | $2,193.36 |
| | | | | $2,613.36 |
| | | | | $3,313.36 |
| | | | | $3,327.66 |

TOTAL CHECKING - chase.com                                                                                       Page 4 of 4

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Apr 20, 2018 | ███████ | ███ | ███ | $477.61 |
|  | ███████ |  | ███ | $546.69 |
|  | ███████ |  | ███ | $991.69 |
| Apr 19, 2018 | ONLINE DOMESTIC WIRE FEE<br>Fee | Fee | -$25.00 | $680.58 |
|  | 1ST BANKCARD CTR ONLINE PMT 3C0BF3519A5883 WEB ID: 8104000010<br>ACH debit | ACH debit | -$35.00 | $705.58 |
|  | IRS USATAXPYMT PPD ID: 3387702000<br>ACH debit | ACH debit | -$53.00 | $740.58 |
|  | CITI CARD ONLINE PAYMENT 112621743645543 WEB ID: CITICTP<br>ACH debit | ACH debit | -$311.81 | $793.58 |
|  | ONLINE DOMESTIC WIRE TRANSFER VIA: BK AMER NYC/026009593 A/C: NORTH AMERICAN TITLE COMPANY CAPE CORAL FL 33904 US REF: FILE NO. 11646-18-05252/BNF/CLOSE OUT COST███ | Outgoing wire transfer | -$8,402.20 | $1,105.39 |
|  | Online Transfer from PPX ...6220 transaction#: 7076918085<br>Account transfer | Account transfer | $2,000.00 | $9,507.59 |
| Apr 18, 2018 | ███████ | ███ | ███ | $7,507.59 |
|  | ███████ | ███ | ███ | $8,607.59 |
| Apr 17, 2018 | DOMESTIC WIRE FEE<br>Fee | Fee | -$35.00 | $5,526.82 |
|  | ███████ |  | ███ | $5,561.82 |

JPMorgan Chase Bank, N.A. Member FDIC            ©2018 JPMorgan Chase & Co.            Equal Opportunity Lender

https://secure01b.chase.com/web/auth/dashboard                                                                     5/14/2018