EXHIBIT D

{M1337275.1}

